IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES ALVIN BOATRIGHT
ADC #147783                                                         PLAINTIFF

v.                    No. 5:14-cv-119-DPM-HDY

RAY HOBBS, Director,
Arkansas Department of Correction                                   DEFENDANT

## ORDER

After *de novo* review, the Court adopts the well-reasoned recommendation. № 14; FED. R. CIV. P. 72(b)(3). Boatright's objections, № 17, are overruled.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

15 October 2014