IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES ALVIN BOATRIGHT
ADC #147783                                                             PLAINTIFF

v.                          No. 5:14-cv-119-DPM

RAY HOBBS, Director,
Arkansas Department of Correction                                       DEFENDANT

## JUDGMENT

Boatright's petition for writ of habeas corpus is dismissed with prejudice. No certificate of appealability will issue.

_____
D.P. Marshall Jr.
United States District Judge

15 October 2014